UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

OMAR TAWDEEN,

Defendant.

**ORDER**

22 Cr. 630 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that Defendant will file any pre-trial motions by **March 13, 2023**. A status conference is scheduled for **March 13, 2023, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        January 5, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge