UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| OMAR TAWDEEN, | 22 Cr. 630 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference in this action previously scheduled for **March 13, 2023** is adjourned to **March 28, 2023, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the United States of America, by and through Assistant United States Attorney Adam Sowlati, and with the consent of Omar Tawdeen, by and through his counsel, Amanda Mayo and Jennifer Brown, it is hereby ORDERED that the time from March 13, 2023 through March 28, 2023 is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A).  The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial, because it will permit the parties time to complete discussions regarding a potential resolution of the case.

Dated:  New York, New York
        March 9, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge